**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

HATT 65, LLC., ET AL

    VS                                    CASE NO. 3:06cv332 MCR/EMT

TERRY KREITZBERG, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 07/13/2009
Type of Motion/Pleading MOTION FOR RECONSIDERATION OF GRANTING DEFENDANTS' MOTION TO DISMISS CLAIMS FOR LOSS OF MARKET VALUE, MEMORANDUM IN SUPPORT
Filed by: Plaintiffs      on 6/27/09      Doc. No. 170 - 171
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
Defendants      on 7/10/09      Doc. No. 174
     on      Doc. No.
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 13th day of July, 2009, that:

The requested relief is DENIED. Plaintiffs cannot use a motion for reconsideration to "relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *See Wilchombe v. Tee Vee Toons, Inc.*, 555 F.3d 949, 957 (11th Cir. 2009), quoting *Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757 (11th Cir. 2005). This includes arguments which could have been raised earlier but were not. *Id*.

                                     s/ *M. Casey Rodgers*
                                   **M. CASEY RODGERS**
                                   **UNITED STATES DISTRICT JUDGE**

Entered On Docket:          By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.