**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**HATT 65, L.L.C., and FRANK W.
BOYKIN, II, FAMILY TRUST,**

    **Plaintiffs,**

v.                                         Case No.: 3:06cv332/MCR/EMT

**TERRY KREITZBERG; and S/V
"ESCAPE,"** *in rem*,

    **Defendants.**
_____/

## O R D E R

Pending is the plaintiff's amended motion to stay the taxation of costs pending appeal (doc. 209), which the defendant opposes (doc. 214).[1] Absent extraordinary circumstances objectively demonstrating a reason to waive the supersedeas bond requirement, a ruling on taxation of costs is appropriate in order to fix a fair and appropriate supersedeas bond. *See Delta Health Group, Inc. v. Royal Surplus Lines Ins. Co.*, No. 3:05cv108, 2008 WL 4372876, at *1 (N.D. Fla. 2008) (unpublished) (citing *Poplar Grove Planting & Ref. Co. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189 (5th Cir. 1979)). Furthermore, "[i]t is well settled in this circuit that costs may be taxed after a notice of appeal has been filed." *Rothenberg v. Sec. Mgm't Co.*, 677 F.2d 64, 64 (11th Cir. 1982). The court finds no reason justifying a stay of taxation of costs in this case.

---

[1] The court notes that the plaintiff's amended motion for stay of taxation does not request a stay of the collection of fees.

Accordingly, the court hereby **DENIES** the plaintiff's motion for stay of taxation of costs pending appeal (doc. 214). Plaintiff shall have 30 days from the date of this order to file with the clerk its opposition to defendant's bill of costs.

**DONE and ORDERED** this 24th day of March, 2010.

        *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**